**Electronically Filed**
**Supreme Court**
**SCWC-30384**
**04-OCT-2013**
**12:43 PM**

SCWC-30384

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MAKANI OLU PARTNERS, LLC,[1] Respondent/Plaintiff-Appellee,

vs.

HARVEY AH SAM, PATRICK AH SAM, FREDERICK K. BAILEY, JR., KENNETH D. KAHOOHANOHANO, RICHERT M. KAMAIOPILI, SUSAN K. KOEHLER, MAEBELLE M. LIBRANDO, IRADAY U. BAILEY, PATRICK E.K. BAILEY, PETER L. BAILEY, ROBERT ALLEN BELL, PATRICK K.T. CHU, ROCHELLE J. GARDANIER, CHARLES KAULUWEHI MAXWELL, SR., JUDITH L. NAGAMINE, JACQUELINE KUAHINE AMINA RAPOZA, JANICE L. REVELLS, CLOVIS GYETVAI, ELIZABETH KEALA HAN, GLENN F. KAHOOHANOHANO, HELENE R. SARONITMAN, HANNAH E.H. SOUZA, LILLIE LANI BAILEY MUNDON, CHARLES E. ST. GERMAIN, and WAYNE CHUN, Petitioners/Defendants-Appellants,

and

KALUPUNA (k) and his wife, KEKUI (w); KAHOLOLIO (w), also known as HOLOLIO HENNESSEE (w),heirs or assigns, and ALL WHOM IT MAY CONCERN, Respondents/Defendants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30384; CIV. NO. 02-1-0071(3))

<u>ORDER OF CORRECTION</u>
(By: Acoba, J.)

IT IS HEREBY ORDERED that the order rejecting

application for writ of certiorari of the court filed on

---

[1]     On September 13, 2007, Makani Olu Partners, LLC was substituted as Plaintiff in place of Wailuku Agribusiness Co., Inc. via stipulation and order.

October 3, 2013 is corrected as follows:

On the first page, lines 1-2 of the order, the "August 18, 2013" date that certiorari was filed is changed to "August 23, 2013."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawaiʻi, October 4, 2013.

/s/ Simeon R. Acoba, Jr.

Associate Justice

